IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:
Adrienne Nancy Spadola, : CHAPTER 13
a/k/a Adrienne N. Spadola, :
a/k/a Adrienne Spadola, : CASE NO. 5:20-bk-02767-MJC
      Debtor :

## CERTIFICATE OF MAILING:
## MOTION TO APPROVE PERSONAL INJURY SETTLEMENT

    I hereby certify that on December 8, 2023, I caused to be served by first class mail, postage prepaid, true and correct copies of the foregoing **Motion to Approve Personal Injury Settlement** in the above referenced case on creditors listed on the attached mailing matrix, excluding the Office of the US Trustee and the Trustee, who were served through CM/ECF system.

          **NEWMAN WILLIAMS, P.C.**

By: /s/ Robert J. Kidwell, Esq
     Robert Kidwell, Esquire
     Attorney for Debtor
     P.O. Box 511, 712 Monroe Street
     Stroudsburg, PA 18360
     (570) 421-9090, fax (570) 424-9739
     rkidwell@newmanwilliams.com

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0314-5<br>Case 5:20-bk-02767-MJC<br>Middle District of Pennsylvania<br>Wilkes-Barre<br>Fri Dec  8 12:39:37 EST 2023 | Pennsylvania Department of Revenue<br>Bankruptcy Division<br>P.O. Box 280946<br>Harrisburg, PA 17128-0946 | Pike CountyTax Claim Bureau<br>Pike County Tax Claim Bureau<br>506 Broad Street<br>Milford, PA 18337-1596 |
| United States Trustee<br>US Courthouse<br>1501 N. 6th St<br>Harrisburg, PA 17102-1104 | U.S. Bankruptcy Court<br>Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes-Barre, PA 18701-1500 | ABILITY RECOVERY SERVICE<br>PO BOX 4031<br>WYOMING, PA 18644-0031 |
| ARROW CARD<br>PO BOX 1145<br>MISSION, SD 57555-1145 | BANK OF MISSOURI<br>916 NORTH KINGS HIGHWAY<br>PERRYVILLE, MO 63775-1204 | (p)CAPITAL ONE<br>PO BOX 30285<br>SALT LAKE CITY UT 84130-0285 |
| CAPITAL ONE NATIONAL<br>PO BOX 26030<br>RICHMOND, VA 23260-6030 | COMENITY BANK<br>PO BOX 182273<br>COLUMBUS, OH 43218-2273 | COMENITY BANK<br>PO BOX 182789<br>COLUMBUS, OH 43218-2789 |
| COMENITY BANK/BONTON<br>PO BOX 182789<br>COLUMBUS, OH 43218-2789 | DEBT RECOVERY SOLUTIONS<br>900 MERCHANTS CONCOURSE<br>SUITE LL 11<br>WESTBURY, NY 11590-5121 | FIRST PREMIER<br>3820 N LOUISE AVENUE<br>SIOUX FALLS, SD 57107-0145 |
| (p)HALSTED FINANCIAL SERVICES  LLC<br>PO BOX 828<br>SKOKIE IL 60076-0828 | LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | ORAL PATHOLOGY LAB<br>PO BOX 64378<br>SAINT PAUL, MN 55164-0378 |
| PIKE COUNTY TAX CLAIM BUREAU<br>ADMINISTRATION BLDG<br>506 BROAD STREET<br>MILFORD, PA 18337-1596 | POCONO MT LAKE ESTATES<br>2095 MILFORD ROAD<br>BUSHKILL, PA 18324-8292 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 |
| ROSEANN E. VAN WHY<br>LEHMAN TWP TAX COLL<br>126 VANWHY ROAD<br>BUSHKILL, PA 18324-8751 | TD BANK/TARGET CREDIT<br>3701 WAYZATA BLVD #MS 4AE<br>MINNEAPOLIS, MN 55416-3440 | VERIZON<br>6800 JERICHO TPK STE 113E<br>SYOSSET, NY 11791-4401 |
| WAYNE BANK<br>PO BOX 4031<br>WYOMING, PA 18644-0031 | Adrienne Nancy Spadola<br>559 Big Egypt Road<br>Bushkill, PA 18324-7705 | Dana Lizik<br>Johnson Law Group<br>2925 Richmond Ave Ste 1700<br>Houston, TX 77098-3135 |
| (p)JACK N  ZAHAROPOULOS<br>ATTN CHAPTER 13 TRUSTEE<br>8125 ADAMS DRIVE SUITE A<br>HUMMELSTOWN PA 17036-8625 | Robert J Kidwell III<br>Newman Williams<br>712 Monroe Street<br>Stroudsburg, PA 18360-2131 | Vincent Rubino<br>Newman Williams Mishkin Corveleyn et al<br>712 Monroe Street<br>PO Box 511<br>Stroudsburg, PA 18360-0511 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| CAPITAL ONE BANK USA<br>PO BOX 85015<br>RICHMOND, VA 23285-5075 | HALSTEAD FINANCIAL SVCS<br>PO BOX 828<br>SKOKIE, IL 60076-5812 | Portfolio Recovery Associates, LLC<br>POB 12914<br>Norfolk VA 23541 |

| | |
|---|---|
| Jack N Zaharopoulos<br>Standing Chapter 13<br>(Trustee)<br>8125 Adams Drive, Suite A<br>Hummelstown, PA 17036 | End of Label Matrix<br>Mailable recipients   29<br>Bypassed recipients    0<br>Total                 29 |